NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a business entity form unknown; and DOES 1-100, Inclusive,<br><br>    Defendants. | Case No. CV 15-05525-AB (FFMx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT TARGET CORPORATION ON SUMMARY JUDGMENT** |

Having granted summary judgment in favor of Defendant Target Corporation ("Target") (Dkt. No. 29), and for the reasons set forth in that Order, the Court hereby **ORDERS, ADJUDGES, AND DECREES** that judgment is hereby entered in favor of Target and against Plaintiff Carmen Garcia, and Plaintiff Carmen Garcia shall take nothing on her action as against Defendant Target.

**IT IS SO ORDERED.**

Dated: June 16, 2016

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE