1  Martin Holly (State Bar No. 201421)
   *mdh@manningllp.com*
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5
   Attorneys for Defendant,
6  TARGET CORPORATION

7

8                    **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

| | |
|---|---|
| CARMEN GARCIA, | Case No. 2:15-cv-05525-AB (FFMx |
| Plaintiff, | STATE CASE NO. BC572812 |
| v. | **ORDER RE STIPULATION OF DISMISSAL** |
| TARGET CORPORATION, a business entity form unknown; TARGET STORES, a business entity form unknown; and DOES 1-100, Inclusive, | |
| Defendants. | |

19     IT IS HEREBY ORDERED that the above-captioned action be and hereby is
20  dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party to bear his, her, its
21  own fees and costs, including, but not limited to, attorney's fees, experts' fees, and
22  any other costs with litigation.
23     ///
24     ///
25     ///
26     ///
27     ///
28     ///

1                                                    Case No. 2:15-cv-05525-AB-FFMx
**ORDER RE STIPULATION OF DISMISSAL**

Per the Joint Stipulation to Dismiss Entire Action and Waivers of Rights to Appeal and/or to Recover Fees and Costs, plaintiff waives her right to appeal any of the Court's judgments, rulings, or orders to this action.

**IT IS SO ORDERED**.

DATED: September 23, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE